UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civil Action No. 21-0164 (ZMF) |
| ALEJANDRO MAYORKAS, *et al.*, | ) ) ) |
| Defendants.[1] | ) ) ) |

## JOINT MOTION TO STAY CASE FOR SIXTY DAYS

Defendants, Alejandro Mayorkas, in his official capacity as Secretary of the United States Department of Homeland Security, Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, the United States Department of Homeland Security ("DHS"), and the United States Immigration and Customs Enforcement ("ICE"), jointly with Plaintiffs, Austin Sanctuary Network, First Unitarian Church of Salt Lake City, Free Migration Project, María Chaválan Sut, Vicky Yulissa Chávez-Fino, Edith Espinal Moreno, and Hilda Veronica Ramirez-Mendez, by and through undersigned counsel, hereby file this joint motion to stay the instant litigation for sixty (60) days, until August 9, 2021.

Plaintiffs' amended complaint challenges the imposition of civil penalties for failing to depart the United States upon orders of deportation, alleging that Defendants' enforcement of the civil fines violate Plaintiffs' rights under the First and Eighth Amendments of the U.S. Constitution

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Alejandro Mayorkas and Tae Johnson are automatically substituted for their predecessors in their respective offices.  Counsel does not appear at this time on behalf of Jane or John Does 1-12 in their individual capacities, and all defenses they may have or assert, including qualified immunity, are preserved and not waived.

and the Religious Freedom Restoration Act. *See* ECF No. 15, Pls' Am. Compl. Defendants have not filed their initial response to the amended complaint, due June 7, 2021. *See* April 8, 2021 Order. On April 23, 2021, Defendant Department of Homeland Security announced the rescission of civil penalties for failure to depart the United States. *See* "DHS Announces Recission of Civil Penalties for Failure-to-Depart," https://www.dhs.gov/news/2021/04/23/dhs-announces-rescission-civil-penalties-failure-depart (last accessed June 4, 2021). *See also* ECF No. 15, Pls' Am. Compl. ¶¶ 1-6, 43-44, Plaintiffs' First through Fifth Claims for Relief, Plaintiffs' Prayer for Relief. As part of the announcement, DHS also announced that ICE "intends to work with the Department of Treasury to cancel the existing debts of those who have been fined." *Id*.

DHS acted pursuant to its statutory and inherent authority to reconsider past decisions and to revise, replace or repeal a decision to the extent permitted by law and supported by a reasoned explanation. *FCC v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009); *Motor Vehicle Mfrs. Ass'n v. State Farm Mutual Auto. Ins. Co.*, 463 U.S. 29, 42 (1983). Indeed, when a new administration takes office, it is not uncommon for the incoming administration to request a stay or abeyance of litigation regarding agency action pending review. *See, e.g., West Virginia v. EPA*, No. 15-1363, Dkt. No. 1673071 (D.C. Cir. Apr. 28, 2017); *Sw. Elec. Power Co. v. EPA*, No. 15-6082, Dkt. No. 513964356 (D.C. Cir. Apr. 24, 2017). In this case, in order to afford the Parties adequate time to discuss the impact of this significant change in policy on the claims in this case and how best to propose next steps in the litigation, including possibly through a voluntary resolution of all or part of the case, the Parties jointly and respectfully request a stay of sixty (60) days. The Parties believe that a stay would promote judicial economy should the Parties reach a resolution of Plaintiffs' claims without litigation. Because the government has voluntarily ceased

and desisted from collection of the fines, there is no hardship or prejudice to either party during the period of the proposed stay.

      Wherefore, the Parties request that this Court stay the litigation for sixty (60) days, until August 9, 2021, while the Parties discuss next steps in the litigation and potential opportunities for resolution of Plaintiff's claims without litigation.  Should the Parties reach resolution without the need for litigation prior to the expiration of the stay, the Parties will promptly notify the Court.  In the absence of a resolution, the parties will file a Joint Status Report on August 9, 2021 setting forth their proposals for additional proceedings.

*     *     *

Dated:  June 4, 2021                                                                 Respectfully submitted,

| | |
|---|---|
| By: /s/ Alina Das | CHANNING D. PHILLIPS |
| Alina Das* | Acting United States Attorney |
| NYU Immigrant Rights Clinic | |
| Washington Square Legal Services | BRIAN P. HUDAK, |
| 245 Sullivan Street, 5th Floor | Acting Chief, Civil Division |
| New York, NY 10012 | |
| (347) 693-6485 | By:  /s/ Dedra S. Curteman |
| alina.das@nyu.edu | DEDRA S. CURTEMAN, IL Bar #6279766 |
| | Assistant United States Attorney |
| Shayana D. Kadidal [D.C. Bar No. 454248] | Civil Division |
| Ghita Schwarz* | United States Attorney's Office |
| Rafaela Uribe* | 555 4th Street, N.W. |
| Center for Constitutional Rights | Washington, D.C. 20530 |
| 666 Broadway, Floor 7 | Telephone:  202-252-2550 |
| New York, NY 10012 | Email:  dedra.curteman@usdoj.gov |
| (212) 614-6438 | |
| kadidal@ccrjustice.org | *Counsel for Defendants* |

Sejal Zota*
Dinesh McCoy*
Just Futures Law
95 Washington Street, Suite 104-149
Canton, MA 02021
sejal@justfutureslaw.org

* Motion for Pro Hac Vice Admission Granted

*Counsel for Plaintiffs*