UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 21-0164 (ZMF) |
| ALEJANDRO MAYORKAS, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Stay the Case for Sixty Days and, for the reasons set forth therein and for good cause shown it is, this ___ day of _____, 2021,

ORDERED that the motion is GRANTED and

IT IS FURTHER ORDERED that in the absence of a resolution, the Parties will file a Joint Status Report on August 9, 2021 setting forth their proposals for additional proceedings.
.

_____
Zia M. Faruqui
United States Magistrate Judge