UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.,* **)** | |
| **)** | |
| Plaintiffs, **)** | |
| **)** | |
| v. **)** | Civil Action No. 21-0164 (ZMF) |
| **)** | |
| ALEJANDRO MAYORKAS, *et al.,* **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

## JOINT MOTION TO STAY CASE FOR THIRTY DAYS

Defendants, Alejandro Mayorkas, in his official capacity as Secretary of the United States Department of Homeland Security, Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, the United States Department of Homeland Security ("DHS"), and the United States Immigration and Customs Enforcement ("ICE"), jointly with Plaintiffs, Austin Sanctuary Network, First Unitarian Church of Salt Lake City, Free Migration Project, María Chaválan Sut, Vicky Yulissa Chávez-Fino, Edith Espinal Moreno, and Hilda Veronica Ramirez-Mendez, by and through undersigned counsel, hereby file this joint motion to stay the instant litigation for thirty (30) days, until September 8, 2021.

Plaintiffs' amended complaint challenges the imposition of civil penalties for failing to depart the United States upon orders of deportation, alleging that Defendants' enforcement of the civil fines violate Plaintiffs' rights under the First and Eighth Amendments of the U.S. Constitution and the Religious Freedom Restoration Act. *See* ECF No. 15, Pls' Am. Compl. Defendants have not filed their initial response to the amended complaint, which was due June 7, 2021. *See* April 8, 2021 Order. On June 4, 2021, the Parties filed a joint motion to stay the case for sixty days, which this Court granted on June 14, 2021. *See* ECF No. 22; June 14, 2021 Order.

As previously reported in the Parties' joint motion to stay, on April 23, 2021, Defendant Department of Homeland Security announced the rescission of civil penalties for failure to depart the United States.  *See* "DHS Announces Recission of Civil Penalties for Failure-to-Depart," https://www.dhs.gov/news/2021/04/23/dhs-announces-rescission-civil-penalties-failure-depart (last accessed June 4, 2021).  *See also* ECF No. 15, Pls' Am. Compl. ¶¶ 1-6, 43-44, Plaintiffs' First through Fifth Claims for Relief, Plaintiffs' Prayer for Relief.  As part of the announcement, DHS also announced that ICE "intends to work with the Department of Treasury to cancel the existing debts of those who have been fined." *Id*.

In order to afford the Parties additional time to discuss the impact of this significant change in policy on the claims in this case, the timing of Treasury's cancellation of the existing debts and notice to Plaintiffs, and how best to proceed in the litigation given these changes, the Parties jointly and respectfully request a stay of thirty (30) days.  The Parties believe that a stay would promote judicial economy by allowing the Parties to continue to discuss the impact of these policy changes and how to best resolve Plaintiffs' remaining claims, if any.  Because the government has voluntarily ceased and desisted from collection of the fines, there is no hardship or prejudice to either party during the period of the proposed stay.

Wherefore, the Parties request that this Court stay the litigation for sixty (30) days, until September 8, 2021, while the Parties discuss next steps in the litigation.  Should the Parties reach resolution without the need for litigation prior to the expiration of the stay, the Parties will promptly notify the Court.  In the absence of a resolution, the parties will file a Joint Status Report on September 8, 2021 setting forth their proposal for additional proceedings.

Dated:  August 9, 2021                              Respectfully submitted,


By: _/s/ Alina Das_____                            CHANNING D. PHILLIPS
Alina Das*                                         Acting United States Attorney
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor                     BRIAN P. HUDAK,
New York, NY 10012                                 Acting Chief, Civil Division
(347) 693-6485
alina.das@nyu.edu                                  By: _/s/ Dedra S. Curteman_____
                                                   DEDRA S. CURTEMAN, IL Bar #6279766
Shayana D. Kadidal [D.C. Bar No. 454248]           Assistant United States Attorney
Ghita Schwarz*                                     Civil Division
Rafaela Uribe*                                     United States Attorney's Office
Center for Constitutional Rights                   555 4th Street, N.W.
666 Broadway, Floor 7                              Washington, D.C. 20530
New York, NY 10012                                 Telephone:  202-252-2550
(212) 614-6438                                     Email:  dedra.curteman@usdoj.gov
kadidal@ccrjustice.org
                                                   *Counsel for Defendants*

Sejal Zota*
Dinesh McCoy*
Just Futures Law
95 Washington Street, Suite 104-149
Canton, MA 02021
sejal@justfutureslaw.org


* Motion for Pro Hac Vice Admission Granted

*Counsel for Plaintiffs*