UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-0164 (ZMF) |
| ) | |
| ALEJANDRO MAYORKAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Upon consideration of the Parties' Joint Motion to Stay the Case for Thirty Days and, for the reasons set forth therein and for good cause shown it is, this 10th day of August, 2021,

ORDERED that the motion is GRANTED and

IT IS FURTHER ORDERED that in the absence of a resolution, the Parties will file a Joint Status Report on September 8, 2021 setting forth their proposals for additional proceedings.

_____
Zia M. Faruqui
United States Magistrate Judge