UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Civil Action No. 21-0164 (ZMF) |

**JOINT MOTION TO STAY CASE FOR SIXTY DAYS**

Plaintiffs, Austin Sanctuary Network, First Unitarian Church of Salt Lake City, Free Migration Project, María Chaválan Sut, Vicky Yulissa Chávez-Fino, Edith Espinal Moreno, and Hilda Veronica Ramirez-Mendez, jointly with Defendants, Alejandro Mayorkas, in his official capacity as Secretary of the United States Department of Homeland Security ("DHS"), Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), DHS, and ICE, by and through undersigned counsel, hereby file this joint motion to stay the instant litigation for sixty (60) days, until November 8, 2021.

Plaintiffs' amended complaint challenges the imposition of civil penalties for failing to depart the United States upon orders of deportation, alleging that Defendants' enforcement of the civil fines violate Plaintiffs' rights under the First and Eighth Amendments of the U.S. Constitution and the Religious Freedom Restoration Act.  *See* ECF No. 15, Pls' Am. Compl.  Defendants have not filed their initial response to the amended complaint, which was due June 7, 2021.  *See* April 8, 2021 Order.  On June 4, 2021, the Parties filed a joint motion to stay the case for sixty days, which this Court granted on June 14, 2021.  *See* ECF No. 22; June 14, 2021 Order.  On August 9,

1

2021, the Parties filed a joint motion to stay the case for thirty days, which this Court granted on August 10, 2021. *See* ECF No. 24; August 10, 2021 Order.

As previously reported in the Parties' joint motions, on April 23, 2021, Defendant DHS announced the rescission of civil penalties for failure to depart the United States. *See* "DHS Announces Recission of Civil Penalties for Failure-to-Depart," https://www.dhs.gov/news/2021/04/23/dhs-announces-rescission-civil-penalties-failure-depart (last accessed June 4, 2021).  *See also* ECF No. 15, Pls' Am. Compl. ¶¶ 1-6, 43-44, Plaintiffs' First through Fifth Claims for Relief, Plaintiffs' Prayer for Relief.  As part of the announcement, DHS also announced that ICE "intends to work with the Department of Treasury to cancel the existing debts of those who have been fined." *Id*.

To date, ICE is still working with the Department of Treasury to cancel the existing debts of the individual Plaintiffs. In addition, the individual Plaintiffs have filed administrative claims regarding the civil fines under the Federal Tort Claims Act ("FTCA"), which are being administratively reviewed.

In order to afford the Parties additional time to discuss the impact of DHS's change in policy on the claims in this case, the timing of Treasury's cancellation of the existing debts and notice to Plaintiffs, the impact of individual Plaintiffs' claims under the FTCA, and how best to proceed in the litigation given these changes, the Parties jointly and respectfully request a stay of sixty (60) days. The Parties believe that a stay would promote judicial economy by allowing the Parties to continue to discuss the impact of these changes and how to best resolve Plaintiffs' remaining claims, if any. A stay will also permit the Parties to address how the claims under the FTCA, if administratively denied, will be incorporated in this litigation.  Because the government

has voluntarily ceased and desisted from collection of the fines, there is no hardship or prejudice to either party during the period of the proposed stay.

Wherefore, the Parties request that this Court stay the litigation for sixty (60) days, until November 8, 2021, while the Parties discuss next steps in the litigation. Should the Parties reach resolution without the need for litigation prior to the expiration of the stay, the Parties will promptly notify the Court. In the absence of a resolution, the parties will file a Joint Status Report on November 8, 2021 setting forth their proposal for additional proceedings.

Dated:  September 8, 2021                                  Respectfully submitted,

| | |
|---|---|
| CHANNING D. PHILLIPS<br>Acting United States Attorney | By:  /s/ Alina Das<br>Alina Das*<br>NYU Immigrant Rights Clinic |
| BRIAN P. HUDAK,<br>Acting Chief, Civil Division | Washington Square Legal Services<br>245 Sullivan Street, 5th Floor<br>New York, NY 10012 |
| By:  /s/ Dedra S. Curteman<br>DEDRA S. CURTEMAN, IL Bar #6279766<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  202-252-2550<br>Email:  dedra.curteman@usdoj.gov | (347) 693-6485<br>alina.das@nyu.edu<br><br>Shayana D. Kadidal [D.C. Bar No. 454248]<br>Ghita Schwarz*<br>Rafaela Uribe*<br>Center for Constitutional Rights<br>666 Broadway, Floor 7<br>New York, NY 10012<br>(212) 614-6438<br>kadidal@ccrjustice.org |
| *Counsel for Defendants* | Sejal Zota*<br>Dinesh McCoy*<br>Just Futures Law<br>95 Washington Street, Suite 104-149<br>Canton, MA 02021<br>sejal@justfutureslaw.org |

3

\* Motion for Pro Hac Vice Admission Granted

*Counsel for Plaintiffs*

4