UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUSTIN SANCTUARY NETWORK, *et al.*,

    Plaintiffs,

    v.

ALEJANDRO MAYORKAS, *et al.*,

    Defendants.

Civil Action No. 21-cv-164-ZMF

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Case for Sixty Days and, for the reasons set forth therein and for good cause shown it is, this 16th day of September 2021,

ORDERED that the motion is GRANTED, and the case is hereby stayed for sixty days; and

IT IS FURTHER ORDERED that in the absence of a resolution, the Parties will file a Joint Status Report on November 12th, 2021, setting forth their proposals for additional proceedings.

Date:  September 16, 2021

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE