UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AUSTIN SANCTUARY NETWORK, *et al*.,

    Plaintiffs,

    v.

ALEJANDRO MAYORKAS, *et al.*,

    Defendants.

Civil Action No. 21-cv-164-ZMF

---

**ORDER**

Upon consideration of the Parties' Joint Status Report and Motion to Stay Case for Sixty Days and for good cause shown it is, this 12th day of November 2021,

ORDERED that the motion is GRANTED, and the case is hereby stayed for sixty days; and

IT IS FURTHER ORDERED that in the absence of a resolution, the Parties will file a Joint Status Report on January 14th, 2021, setting forth their proposals for additional proceedings.

Date:   November 12, 2021

                                       _____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE