UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 21-0164 (ZMF) |
| ALEJANDRO MAYORKAS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT AND MOTION FOR SCHEDULING**

Plaintiffs, Austin Sanctuary Network, First Unitarian Church of Salt Lake City, Free Migration Project, María Chaválan Sut, Vicky Yulissa Chávez-Fino, Edith Espinal Moreno, and Hilda Veronica Ramirez-Mendez, jointly with Defendants, Alejandro Mayorkas, in his official capacity as Secretary of the United States Department of Homeland Security ("DHS"), Tae Johnson, in his official capacity as Acting Director of U. S. Immigration and Customs Enforcement ("ICE"), DHS, and ICE, by and through undersigned counsel, pursuant to the Court's January 18, 2022 Order file this joint status report and respectfully request that the Court enter an order for further proceedings, as outlined herein.

Plaintiffs' amended complaint challenges the imposition of civil penalties for failing to depart the United States upon orders of deportation, alleging that Defendants' enforcement of the civil fines violate Plaintiffs' rights under the First and Eighth Amendments of the U.S. Constitution and the Religious Freedom Restoration Act. *See* ECF No. 15, Pls' Am. Compl. Defendants' answer to Plaintiffs' amended complaint was due June 7, 2021; however, the Parties have sought a stay of the case due to Defendant DHS' recission of civil penalties for failure of the individual plaintiffs to depart the United States, DHS' intent to work with the Department of Treasury

("Treasury") to cancel the existing debts of those who have been fined, and the individual plaintiffs' filing of administrative claims under the Federal Torts Claims Act ("FTCA"). *See* April 8, 2021 Order; ECF Nos. 23-32; "DHS Announces Recission of Civil Penalties for Failure-to-Depart," https://www.dhs.gov/news/2021/04/23/dhs-announces-rescission-civil-penalties-failure-depart (last accessed June 4, 2021). *See also* ECF No. 15, Pls' Am. Compl. ¶¶ 1-6, 43-44, Plaintiffs' First through Fifth Claims for Relief, Plaintiffs' Prayer for Relief. The Court has granted the Parties' requested stays in various orders throughout the pending matter thus far, with the most recent stay ordered through March 15, 2022. *See* Jan. 18, 2022 Order.

To date, ICE continues to coordinate the cancelation of the existing debts of the individual Plaintiffs; however, the coordination of cancelation involves multiple federal agencies, including both DHS and Treasury, and the timeline for the cancelation remains unknown at the time of this filing. Additionally, following the submission of the individual plaintiff's FTCA claims, ICE denied each of those claims on February 1, 2022.

The Parties have now conferred on how to proceed in the instant litigation in light of these developments. Plaintiffs intend to file a motion for leave to file a second amended complaint that will incorporate the FTCA claims into the instant litigation. Defendants subsequently intend to file a motion to dismiss, or in the alternative a motion for summary judgment. The Parties have agreed upon a proposed timeline for further proceedings, as outlined below. As such, the Parties respectfully request that the Court enter the following deadlines for further proceedings:

- Plaintiffs to file a Motion for Leave to File a Second Amended Complaint[1] by April 25, 2022;

- Defendants to file a Motion to Dismiss or in the alternative Motion for Summary Judgment by June 9, 2022;

---

[1] The United States consents to Plaintiffs' filing of an amended complaint but in doing so does not waive any defenses and does not concede that the amended complaint has any merit.

- Plaintiffs to file an Opposition to the Motion to Dismiss or Motion for Summary Judgment by July 25, 2022; and

- Defendants to file a reply to the Plaintiffs' Opposition by September 8, 2022.

Additionally, the Parties have discussed the possibility of resolving the case without the need for further proceedings and intend to continue those discussions. If any agreement is reached, the Parties will report to the Court promptly. A proposed order is attached.

Dated: March 10, 2022            Respectfully submitted,

By: */s/ Alina Das*
Alina Das*
NYU Immigrant Rights Clinic
Washington Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
(347) 693-6485
alina.das@nyu.edu

Shayana D. Kadidal [D.C. Bar No. 454248]
Rafaela Uribe*
Center for Constitutional Rights
666 Broadway, Floor 7
New York, NY 10012
(212) 614-6438
kadidal@ccrjustice.org

Sejal Zota [DC Bar No. NC020]
Dinesh McCoy*
Just Futures Law
95 Washington Street, Suite 104-149
Canton, MA 02021
sejal@justfutureslaw.org

*Motion for Pro Hac Vice Admission Granted

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar 481052
United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2550
Email: dedra.curteman@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO MAYORKAS, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-0164 (ZMF) |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report and Motion for Scheduling and the entire record herein, it is hereby ordered:

- Plaintiffs shall file a Motion for Leave to file a Second Amended Complaint on or before April 25, 2022;

- Defendants shall file a Motion to Dismiss or in the alternative Motion for Summary Judgment on or before June 9, 2022;

- Plaintiffs shall file an Opposition to the Motion to Dismiss or Motion for Summary Judgment on or before July 25, 2022; and

- Defendants shall file a reply to the Plaintiffs' Opposition on or before September 8, 2022.

**SO ORDERED.**


Date: _____          _____
                                      Zia M. Faruqui
                                      United States Magistrate Judge