# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>Defendants. | Civil Action No. 21-cv-164-ZMF |

## ORDER

Upon consideration of the Parties' Joint Status Report and Motion for Briefing Schedule, *see* ECF No. 34, and Defendants' consent to Plaintiffs' filing a Second Amended Complaint therein, it is hereby

ORDERED that the following schedule shall govern these proceedings:

| | |
|---|---|
| April 25, 2022 | Deadline for Plaintiffs' Second Amended Complaint |
| June 9, 2022 | Deadline for Defendants' Motion to Dismiss or in the alternative Motion for Summary Judgment |
| July 25, 2022 | Deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss or Motion for Summary Judgment |
| September 8, 2022 | Deadline for Defendants' Reply to Plaintiffs' Opposition Motion |

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE