UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Action No. 21-0164 (ZMF) |
| ) ALEJANDRO MAYORKAS, *et al.*, ) ) | |
| Defendants. ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File Second Amended Complaint, and the entire record herein, it is:

ORDERED that the motion is granted, Plaintiff's proposed Second Amended Complaint shall be filed, and the United States added as a Defendant.

Date: _____          _____
                                                                    Zia M. Faruqui
                                                                    United States Magistrate Judge