# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUSTIN SANCTUARY NETWORK,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ALEJANDRO MAYORKAS,** *et al.*,<br><br>Defendants. | Civil Action No. 21-cv-164-ZMF |

## ORDER

Upon consideration of the Plaintiffs' Motion for Leave to File Second Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and in light of the Defendants' consent, *see* ECF No. 34, and this Court's mandate to "freely give leave when justice so requires," *see* Fed. R. Civ. P. 15, it is hereby

ORDERED that the Plaintiffs' motion is GRANTED,[1] and Plaintiff's proposed Second Amended Complaint shall be filed; and it is further

ORDERED that the United States shall be added as a defendant.

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

---

[1] The operative scheduling order shall continue to govern these proceedings. *See* ECF No. 36.