UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN SANCTUARY NETWORK, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 21-0164 (ZMF) <br> ) |
| ALEJANDRO MAYORKAS, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

**JOINT STATUS REPORT**

Plaintiffs, Austin Sanctuary Network, First Unitarian Church of Salt Lake City, Free Migration Project, María Chaválan Sut, Vicky Yulissa Chávez-Fino, Edith Espinal Moreno, and Hilda Veronica Ramirez-Mendez, jointly with Defendants, Alejandro Mayorkas, in his official capacity as Secretary of the United States Department of Homeland Security ("DHS"), Tae Johnson, in his official capacity as Acting Director of U. S. Immigration and Customs Enforcement ("ICE"), DHS, and ICE, by and through undersigned counsel, hereby file this joint status report and request that the instant litigation remain stayed through April 24, 2023.

The Court previously stayed this matter February 23, 2023, through March 24, 2023, at which point, the Court ordered the Parties to submit a joint status report apprising the Court of a proposal for further proceedings. *See* Feb. 23, 2023 Order.

There is good cause for a further extension of the stay. Since the Court last stayed this action, the Parties have continued to actively engage in discussions to mutually resolve the pending litigation. The Parties anticipate that in the next 30 days, the Parties will work further to mutually resolve the pending litigation. As such, the Parties request that the Court continue the stay in this matter through April 24, 2023. Because the government has voluntarily ceased and desisted from

collection of the civil fines which form the predicate for Plaintiffs' claims, there is no hardship or prejudice to either party during the period of the proposed stay. Should the Parties reach resolution without the need for litigation prior to the expiration of the stay, the Parties will promptly notify the Court and in the absence of a resolution, the parties will file a Joint Status Report on April 24, 2023.

Dated: March 24, 2023                                     Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar 481052<br>United States Attorney<br><br>BRIAN P. HUDAK,<br>Chief, Civil Division<br><br>By:  */s/ Dedra S. Curteman*<br>DEDRA S. CURTEMAN, IL Bar #6279766<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>601 D St. N.W.<br>Washington, D.C. 20530<br>Telephone:  202-252-2550<br>Email:  dedra.curteman@usdoj.gov<br><br>*Counsel for Defendants* | By: */s/ Alina Das*<br>Alina Das\*<br>NYU Immigrant Rights Clinic<br>Washington Square Legal Services<br>245 Sullivan Street, 5th Floor<br>New York, NY 10012<br>(347) 693-6485; alina.das@nyu.edu<br><br>Shayana D. Kadidal [D.C. Bar No. 454248]<br>Rafaela Uribe\*<br>Center for Constitutional Rights<br>666 Broadway, Floor 7<br>New York, NY 10012<br>(212) 614-6438; kadidal@ccrjustice.org<br><br>Sejal Zota\*<br>Dinesh McCoy\*<br>Just Futures Law<br>95 Washington Street, Suite 104-149<br>Canton, MA 02021<br>sejal@justfutureslaw.org<br><br>\* Motion for Pro Hac Vice Admission Granted<br><br>*Counsel for Plaintiffs* |